**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE GARRETT MOTION INC.
SECURITIES LITIGATION

20 **CIVIL** 7992 (JLR)

**JUDGMENT**

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 31, 2023, Plaintiffs' Third Amended

Complaint is dismissed. Because Plaintiffs have been given an opportunity to amend to plead fraud

with greater specificity, and have failed, the Court concludes that leave to amend is not warranted

under these circumstances. See Burch v. Pioneer Credit Recovery, Inc., 551 F.3d 122, 126 (2d Cir.

2008) ("[M]otions to amend should generally be denied in instances of futility, undue delay, bad

faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed,

or undue prejudice to the non-moving party."); accordingly, the case is closed.

**Dated:**  New York, New York
       March 31, 2023

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**  K. Mango

_____
**Deputy Clerk**